FILED

NOV 27 2018

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NORA SUMMERS,

    Plaintiff,

v.                                                                                Civil Action No. 1:17CV160
                                                                              The Honorable Irene M. Keeley

WAL-MART ASSOCIATES, INC.,
WAL-MART STORES EAST, LP,
WAL-MART STORES, INC., and
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,

    Defendants.

## AGREED DISMISSAL ORDER

In accordance with this Court's Order Directing Counsel to Submit Dismissal Order (Doc. 60), plaintiff Nora Summers and defendants Wal-Mart Associates, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores, Inc., and Sedgwick Claims Management Services, Inc., by their respective counsel, hereby notify the Court that all matters set forth in the above-styled action as to these parties have been settled and agreed upon. By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this action be and hereby is **DISMISSED** with prejudice, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

ENTER this 27th day of November 2018.

*Irene M. Keeley*
The Honorable Irene M. Keeley

Agreed to:

/s/ *Jane E. Peak*　　　　　　　　　　　　　　　/s/ *Eric E. Kinder*

Jane E. Peak (WV Bar # 7213)　　　　　　　　Eric E. Kinder (WV Bar # 8817)
Allan N. Karlin & Associates　　　　　　　　　Spilman Thomas & Battle, PLLC
174 Chancery Row　　　　　　　　　　　　　PO Box 273
Morgantown, WV 26505　　　　　　　　　　Charleston, WV  25321-0273
304-296-8266　　　　　　　　　　　　　　　304-340-3800
304/296-8640 (fax)　　　　　　　　　　　　304-340-3801 (fax)
jep@wvjustice.com　　　　　　　　　　　　ekinder@spilmanlaw.com
　　　*Counsel for Plaintiff*　　　　　　　　　　　　*Counsel for Defendants*